UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LEATHA PERRY and EARL WASDIN** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **WAL-MART LOUISIANA, LLC** | * | **MAGISTRATE JUDGE** |

*******************************************************************************

## NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

Wal-Mart Louisiana, LLC, Defendant in the State suit brought by Leatha Perry and Earn Wasdin, Docket Number 2020-003235 in the Fourteenth Judicial District Court in and for the Parish of Calcasieu, State of Louisiana, files this Notice of Removal to remove the case from the Fourteenth Judicial District Court in and for the Parish of Calcasieu, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana.

1.

This case commenced in the Fourteenth Judicial District Court in and for the Parish of Calcasieu, State of Louisiana, on August 19, 2020 by Leatha Perry and Earl Wasdin against Wal-Mart Louisiana, LLC.

2.

Process was served on Wal-Mart Louisiana, LLC, on October 14, 2020 as per the copy of the Service Transmittal, Citation and Petition attached hereto as Exhibit "A" *in globo*.

3.

Plaintiffs' action is one of a civil nature in which they seek to recover from Defendant damages and court costs plus legal interest for injuries that Ms. Perry allegedly sustained in an accident that occurred on May 1, 2020 at the Wal-Mart Store located in Sulphur, Louisiana.

4.

The said civil action as against the removing Defendant is one in which the District Courts of the United States have original jurisdiction by virtue of the fact that there is diversity of citizenship between parties and by virtue of the fact that the amount in dispute exceeds the amount of $75,000.00, exclusive of interest and costs.

5.

Defendant, Wal-Mart Louisiana, LLC, is a Delaware limited liability company with its principal place of business in Bentonville, Arkansas and with its sole member or owner being Wal-Mart Stores East, LP, a Delaware limited partnership with its principal place of business in Bentonville, Arkansas, which is composed of two partners, namely WSE Management, LLC (general partner) and WSE Investment, LLC (limited partner), both Delaware limited liability companies with their principal place of business in Bentonville, Arkansas.  The sole member of said two limited liability companies is Wal-Mart Stores East, Inc., an Arkansas corporation with its principal place of business in Bentonville, Arkansas.  All shares of stock in Wal-Mart Stores East, Inc. are owned by Walmart Inc., a Delaware corporation with its principal place of business in Bentonville, Arkansas, which is a publicly held company.

6.

Plaintiffs are alleging that as a result of Leatha Perry's accident at Wal-Mart, Ms. Perry sustained injuries to her body as a whole, including, but not limited to her shoulder, arm, hip, knee and back. In Paragraph 2 of their State Court Petition, Plaintiffs indicated that the amount in controversy exceeds $75,000.00, exclusive of legal interests and costs.

7.

As a result of the accident, Plaintiff, Leatha Perry, fell on the floor and complained of right elbow pain. She was immediately transported by Acadian Ambulance to Christus St. Patrick Hospital, and complained of additional right ankle pain. X-Rays were taken of her right elbow and right foot. Mild soft tissue swelling was noted in the right ankle.

8.

Ms. Perry then followed up with Dr. Jose Gonzales on June 11, 2020 with complaints of lower back pain and a history of spinal surgery with Dr. Brian Kelly in 2019. Imaging was recommended, but Ms. Perry refused, since she was already scheduled for a neurosurgery follow up with imaging. She then saw Dr. Paul Fenn on June 26, 2020 and complained of back pain, right shoulder pain, right hip pain, right ankle pain and right elbow pain. Dr. Fenn ordered MRIs of the lumbar spine, right hip, right ankle and right shoulder, physical therapy and a brace for her right ankle.

9.

Ms. Perry, returned to Dr. Fenn on August 6, 2020 with continued complaints of significant pain in her right shoulder, right elbow, right hip and right ankle. She stated that physical therapy did not improve her symptoms, and that the ankle brace increased swelling and discomfort in her right ankle. An MRI of the right shoulder revealed a rotator cuff tear involving the supraspinatus and infraspinatus tendon and a SLAP tear of the superior labrum. Dr. Fenn offered an injection to the right shoulder, but Ms. Perry declined and stated that she wanted to proceed with surgery to fix the multiple tears/problems noted.

10.

Dr. Fenn then recommended continued physical therapy and activity modification pending surgery approval and medical clearance. An MRI of the lumbar spine revelaed a chronic compression fracture of L3 status post kyphoplasty, and an MRI of the right hip noted tearing of the anterosuperior labrum. Dr. Fenn noted that Ms. Perry was a likely candidate for injection to both the lumbar and right hip, but recommended therapy/activity modification/observe pending treatment of the shoulder. Medical records of Plaintiff, Leatha Perry, are attached to this Removal Notice as Exhibit "B" and are incorporated herein as if copied *in extenso*.

11.

Louisiana jurisprudence has awarded general damages alone in excess of $75,000 for shoulder injuries and treatment such as those Leatha Pery has alleged. (See e.g. Greer v. State EX Rel Dept. of Trasnp., 2006-417 (La. App. 3 Cir. 10/4/06); 941 So.2d 141, wherein the plaintiff was awarded $80,000 for a future recommended shoulder surgery; Butcher v. Mount Airy Ins. Co., 99-103 (La. App. 3 Cir. 6/2/99); 741 So.2d 745, wherein the plaintiff was awarded $75,000 for torn rotator cuff which required surgery; Pierce v. Milford, 96-92 (La. App. 3 Cir. 9/25/96); 688 So.2d 1093, wherein the plaintiff was awarded $76,000 for arthroscopic shoulder surgery; Corliss v. Baha Towers Ltd. Partnership, 00-2011 (La. App. 4 Cir. 8/29/01), 799 So.2d 525, wherein the plaintiff was awarded $131,690 for a torn rotator cuff which required surgery).

12.

Leatha Perry may ultimately need a right shoulder surgery in addition to a lumbar and right hip injection.

13.

The medical records attached contain some personal identifiers of Plaintiff, Leatha Perry. Therefore, Defendant respectfully requests that this Honorable Court seal Ms. Perry's medical records to protect her personal privacy.

14.

Additionally, Plaintiffs claim that as a result of Leatha Perry's injuries, Ms. Perry's husband, Earl Wasdin, suffered from loss of consortium.

15.

Plaintiffs seek judgment for a reasonable amount of general damages, special damages, lost wages, future lost wages, loss of enjoyment of life, past, present and future medical expenses and pain and suffering. Therefore, based on relief sought and general damages for similar injuries, the amount in dispute exceeds $75,000.00. For these reasons, it appears that the amount in controversy exceeds the jurisdictional amount required for a Federal jury trial.

16.

At the time of the commencement of this action, and at all times since that time, Plaintiffs, Leatha Perry and Earl Wasdin, were and remain citizens and residents of and domiciled in the Parish of Calcasieu, State of Louisiana, as appears from Plaintiffs' Petition filed in State Court. Defendant, Wal-Mart Louisiana, LLC, was and still is a Delaware corporation with its principal place of business in Bentonville, Arkansas, which is a publicly held company and with its sole member or owner being Wal-Mart Stores East, LP, a Delaware limited partnership with its principal place of business in Bentonville, Arkansas, which is composed of two partners, namely WSE Management, LLC (general partner) and WSE Investment, LLC (limited partner), both Delaware limited liability companies with their principal place of business

in Bentonville, Arkansas. The sole member of said two limited liability companies was and still is Wal-Mart Stores East, Inc., an Arkansas corporation with its principal place of business in Bentonville, Arkansas. All shares of stock in Wal-Mart Stores East, Inc. were and still are owned by Defendant, Walmart Inc., a Delaware corporation with its principal place of business in Bentonville, Arkansas, which is a publicly held company.

17.

Upon filing of this Notice of Removal and Request for Trial by Jury, written notice is thereof being given to all adverse parties, and a copy of this notice is being filed with the Clerk of Court of the aforesaid State Court to effect the removal of the civil action, all as provided for by law.

18.

This cause is specifically removable to this Honorable Court pursuant to 28 U.S.C. § 1441, *et seq.*

19.

Defendant, Wal-Mart Louisiana, LLC, reserves all rights to object to the jurisdiction of the State Court proceedings should this Court ultimately hold that this action was not removable or improperly removed thereto.

20.

Defendant requests a trial by jury on all issues triable by jury.

WHEREFORE, Defendant, Wal-Mart Louisiana, LLC, prays that the aforesaid civil action be removed from the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana, into this Court for trial and determination as provided by law, particularly, 28 U.S.C. § 1441, *et seq.*, and thereupon to proceed with said civil action as though originally

commenced in this Court and for all orders and decrees as may be necessary or appropriate in such cases made and provided. Defendant further prays for a trial by jury.

Defendant, Wal-Mart Louisiana, LLC further prays that the medical records attached hereto as Exhibit "B" be sealed to protect the personal privacy of the Plaintiff, Leatha Perry.

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS, L.L.P.**

*s/Philip A. Fontenot, #16918*
PHILIP A. FONTENOT, #16918
JAMI LACOUR ISHEE, #35872
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana  70502-2908
Telephone:  (337) 237-1660
Facsimile:  (337) 237-3676

Attorneys for Wal-Mart Louisiana, LLC

## CERTIFICATE

I HEREBY CERTIFY that on this 9th day of November, 2020, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and that a copy of this filing has this day been forwarded to all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed.

*s/Philip A. Fontenot*