

**Service of Process Transmittal**
10/14/2020
CT Log Number 538396382

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Wal-Mart Louisiana, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LEATHA PERRY, PLTF. vs. WALMART LOUISIANA LLC, DFT. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request for Notice |
| **COURT/AGENCY:** | CALCASIEU; 14TH JUDICIAL DISTRICT COURT, LA<br>Case # 2020003235 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/01/2020; located at 525 N. Cities Service Hwy, Sulphur, LA, Calcasieu Parish, Louisiana |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/14/2020 at 09:00 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | REX D. TOWNSLEY<br>TOWNSLEY LAW FIRM, LLP<br>3102 EnterprIse Boulevard<br>Lake Charles, LA 70601 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/14/2020, Expected Purge Date: 10/19/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

EXHIBIT A

Page 1 of  1 / AG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | Citation | |
|---|---|---|
| LEATHA PERRY<br>VS.   2020-003235<br>WALMART LOUISIANA LLC |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  WALMART LOUISIANA LLC

    THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM
    3867 PLAZA TOWER DRIVE
    Baton Rouge, LA  70816

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of LEATHA PERRY, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

ALL IN ACCORDANCE WITH THE CERTIFIED COPIES ATTACHED HERETO AND MADE A PART HEREOF

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 19th day of August 2020.

Issued and delivered September 29, 2020

*Thomas Cole*

Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE     $_____     BY: _____
                                                      Deputy Sheriff
MILEAGE   $_____

TOTAL $_____

Party No.    P001

Filing Date: 09/29/2020 12:00 AM     Page Count: 1
Case Number: 2020-003235
Document Name: 1600 Citation

| | |
|---|---|
| LEATHA PERRY AND EARL WASDIN : | 14TH JUDICIAL DISTRICT COURT |
| VERSUS NO.: 2020-3235, DIV "___": | PARISH OF CALCASIEU |
| WAL-MART LOUISIANA, LLC : | STATE OF LOUISIANA |
| FILED: AUG 1 9 2020 _____ : | _Sarah Hollier_ DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes, **LEATHA PERRY**, (hereinafter referred to as "Leatha"), **and EARL WASDIN**, (hereinafter referred to as "Earl"), competent majors and residents of Calcasieu Parish, Louisiana, who respectfully petition this court for an award of damages, for the following reasons, to-wit:

**1.**

Made Defendant herein is **WAL-MART LOUISIANA, LLC**, (hereinafter referred to as "Wal-Mart"), a Business Corporation authorized to do and doing business in the state of Louisiana who may be served through its registered agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

**2.**

The amount in controversy in this action, exclusive of legal interests and costs, exceeds $75,000.00.

**3.**

Venue is proper in the 14th Judicial District Court pursuant to Louisiana Code of Civil Procedure Article 76. This is an action against a business corporation and its insured and the loss occurred in Calcasieu Parish, Louisiana. Additionally, venue is proper in the 14th Judicial District Court pursuant to Louisiana Code of Civil Procedure Article 74. This is an action for the recovery of damages for an offense or quasi offense and the conduct occurred in Calcasieu Parish, Louisiana.

**4.**

The accident in question occurred on May 1, 2020 at **Wal-Mart** store number 331 located at 525 N. Cities Service Hwy, Sulphur, LA, Calcasieu Parish, Louisiana.

**5.**

At the time of the accident, **Leatha** was a patron shopping at the **Wal-Mart** store.

**6.**

**Leatha** was in the bakery department when the incident occurred, walking towards the refrigerated coolers to select a cake.

**7.**

Unbeknownst to **Leatha**, clear liquid had been leaking from the coolers.

**8.**

A **Wal-Mart** employee was stationed nearby.

**9.**

**Leatha** was looking at cakes in the refrigerated section when she slipped in the liquid on the floor coming from the coolers.

**10.**

The above described accident and resulting injuries to **Leatha**, were caused through the sole fault and proximate fault and negligence of defendant, **Wal-Mart**, in the following, non-exclusive particulars:

- A) Failure to maintain the premises in a safe condition;
- B) Failure to inspect the premises to insure against unsafe conditions;
- C) Failure to warn customers of unsafe conditions on the premises;
- D) Failure to properly patrol and supervise the premises;
- E) Allowing the premises to become dangerous without taking precautions to safeguard the safety of their customers; and
- F) Failure to properly clean and maintain and inspect the floors; and
- G) Failure of employees located in the immediate vicinity to recognize and remedy the hazard.

**11.**

**Wal-Mart** breached a legal duty owed to **Leatha**, which resulted in injuries and damages for which **Wal-Mart** is liable.

**12.**

As a result of the above-described accident, petitioner, **Leatha** sustained injuries to her body as a whole, including, but not limited to her shoulder, arm, hip, knee, and back. As a further result of the above described accident, petitioner, **Leatha,** has suffered emotionally, mentally and physically as a result of her injuries, causing past, present and future mental and physical pain and

suffering mental anguish and emotional distress. Additionally, she has suffered the loss of enjoyment of life, past, present and future all for which she is entitled to recover from the defendant in a reasonable amount to be fixed by this Honorable Court.

### 13.

The Husband of plaintiff, **Leatha,** at all times material hereto was living and residing with her. Her husband, **Earl,** suffered loss of consortium, services and society of his wife as a result of the above described accident and ensuing injuries to her, all for which **Earl, as husband to Leatha,** is entitled to recover in a reasonable amount to be fixed by this Honorable Court from the defendants.

### 14.

**Leatha and Earl** in no way contributed to the incident and had no opportunity to avoid the injuries and losses sustained, as the incident and resulting damages were caused solely, exclusively and proximately by the fault, negligence, and carelessness of the defendant, **Wal-Mart.**

WHEREFORE, PETITIONER PRAYS that the defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor of **Leatha and Earl** against defendant, **Wal-Mart** for a reasonable amount of general damages, special damages, lost wages, future lost wages, loss of enjoyment of life, past, present and future medical expenses and pain and suffering.

PETITIONER FURTHER PRAYS for judgment against the above-named defendant for all costs of this suit, including the fees of experts and other experts called as witnesses, for legal interest on all amounts prayed for above, from the date of judicial demand until paid and for full, general, and equitable relief in the premises.

Respectfully submitted,
TOWNSLEY LAW FIRM, LLP

_____
REX D. TOWNSLEY, LSBA Roll No. 12886
JORDAN Z. TAYLOR, LBSA Roll No. 35346
The Townsley Law Firm
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**PLEASE SERVE DEFENDANT AS
SET FORTH IN PARAGRAPH ONE
OF THE PETITION.**

A TRUE COPY
Lake Charles, Louisiana
_____
Deputy Clerk of Court
Calcasieu Parish Louisiana   SEP 2 9 2020